With this case has been consolidated in this court cases bearing titles as follows: De Graff & Palmer v. Mayer L. Mayper et al.; Joseph Simon, an Infant, v. Henry L. Preston; Anliss E. Heerman v. Caroline L. C. Payne; Ira Mowery v. Charles F. Pierce et al.; Diedrich Blendermann v. Emma M. Wray; Marcel Prineveau v. Reno R. Billington; John A. Morris v. Wm. H. Woolverton, as President; Abram V. Smith v. Herring-Hall-Marvin Safe Co.; Samuel M. Hodkinson v. Ann Errett et al.; Trust Co. of America. v. Henry Conklin. No opinions. Motions to appeal from Appellate Term denied, with $10 costs. Orders signed. See, also, 115 N. Y. Supp. 204; 62 Misc. Rep. 606, 115 N. Y. Supp. 1081; 119 N. Y. Supp. 164; 65 Misc. Rep. 1, 119 N. Y. Supp. 367; 65 Misc. Rep. 185, 119 N. Y. Supp. 657; 119 N. Y. Supp. 1128.

GUSSAROFF, Respondent, v. COHEN, Appellant, et al. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by Elias Gussaroff against Ben Cohen, impleaded with others. A. Rosenthal, for appellant. C. A. Houston, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HALLOCK, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by John L. Hallock against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

ROBSON, J., dissents.

HAMELL, Appellant, v. SPOTTSWOOD, Respondent. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Henry W. Hamell against George Spottswood. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 133 App. Div. 937, 118 N. Y. Supp. 1144.

HAMILTON v. HAMILTON et al. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Schuyler Hamilton against William P. Hamilton, impleaded with others. No opinion. Motion granted. Questions certified. Order filed.

In re HAMMOND. (Supreme Court, Appellate Division, First Department. January 28, 1910.) In the matter of Bridget Hammond, etc. No opinion. Motion denied, with $10 costs. Settle order on notice.

HARRIS, Appellant, v. LEHIGH VALLEY R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by Carrie Harris, as administratrix, etc., against the Lehigh Valley Railroad Company.

PER CURIAM. Judgment affirmed, with costs.

WILLIAMS and KRUSE, JJ., dissent.

HARRISON, Appellant, v. ULRICHS, Respondent. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Lida R. Harrison against Adolph Ulrichs. No opinion. Judgment of the County Court unanimously affirmed, with costs.

HARROWER, Respondent, v. VILLAGE OF EASTWOOD, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 19, 1910.) Action by William M. Harrower against the Village of Eastwood. No opinion. Judgment and order affirmed, with costs.

HAVANA CENT. R. CO v. KNICKERBOCKER TRUST CO. KLEINBERG v. SCHWENN. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Actions by the Havana Central Railroad Company against the Knickerbocker Trust Company, and by Louis Kleinberg against John Schwenn. No opinions. Motions granted. Question certified. Orders filed. See, also, 119 N. Y. Supp. 1035.

HAVEMEYER et al., Appellants, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Louisine W. Havemeyer and others against the City of New York. G. Glenn, for appellants. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HEDDEN CONST. CO., Respondent, v. PROCTOR & GAMBLE CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 14, 1910.) Action by the Hedden Construction Company against the Proctor & Gamble Company and others. No opinion. Judgment modified on reargument, by striking out the allowance of interest, and, as so modified, affirmed, with costs to the appellant, upon the opinion of Rich, J., on the former argument. See, also, 119 N. Y. Supp. 1128.

HEERMAN v. PAYNE. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by Anliss E. Heerman against Caroline L. C. Payne. No opinion. Motion for stay denied, with $10 costs. Settle order on notice.

HEIBERGER, Respondent, v. HEIBERGER et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Martha Heiberger against John Heiberger and another.

PER CURIAM. Judgment affirmed, with costs.

THOMAS, J., not sitting.

HERBERT, Appellant, v. FIX et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Ac-

tion by Sarah J. Herbert, as administratrix, etc., against Charles Fix and another.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING, J., not sitting.

HICKOK, Respondent, v. AUBURN LIGHT, HEAT & POWER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by Caroline A. Hickok, as administratrix, etc., against the Auburn Light, Heat & Power Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLELLAN, P. J., dissents, upon the ground that the evidence fails to show that the defendant owed to plaintiff's testator any active duty to guard against accidents which might occur to an inexperienced person at the place in question.

HIMMELREICHER, Appellant, v. HUEBENER, Respondent. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Nicholas Himmelreicher against Martha Huebener. No opinion. Judgment of the Municipal Court affirmed, with costs. See, also, 133 App. Div. 930, 118 N. Y. Supp. 1113.

HINCHLIFFE, Respondent, v. BUFFALO CONCRETE MIXER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Alfred W. Hinchliffe against the Buffalo Concrete Mixer Company.

PER CURIAM. Judgment and order affirmed, with costs. New trial to be had in the City Court of the City of Buffalo on Tuesday, January 25, 1910, at 10 o'clock in the forenoon.

SPRING and WILLIAMS, JJ., dissent.

In re HINCHMAN. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) In the matter of the judicial settlement of the account of Percy Hinchman, as administrator, etc., of George W. Hinchman, deceased. No opinion. Motion to dismiss appeal granted, with $10 costs, unless within 30 days the appellants perfect their appeal and place the same upon the calendar, in which event the motion is denied, without costs.

HOAGLAND, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Grace W. Hoagland against Minnie T. Brown. C. D. Rogers, for appellant. G. S. Scofield, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re HOAGLUND. (Supreme Court, Appellate Division, First Department. June 15, 1909.) In the matter of Hudson Hoaglund, deceased.

PER CURIAM. Decree affirmed, with costs to both parties to this appeal, payable out of the trust fund. See 115 N. Y. Supp. 1124.

HOFFMAN, Respondent, v. HOFFMAN, Appellant. (Supreme Court, Appellate Division, First Department. December 10, 1909.) Action by Lillian M. Hoffman against Carl E. Hoffman. W. F. McCormack, for appellant. M. Meyer, for respondent. No opinion. Order modified, by reducing alimony to $10 per week, and counsel fee to $50. As so modified, order affirmed, without costs. Settle order on notice.

In re HOLLINS. (Supreme Court, Appellate Division, First Department. December 17, 1909.) In the matter of Celine S. Hollins.

PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed.

CLARKE, J., dissents.

HOLLINS, Appellant, v. BOURNE, Respondent. (Supreme Court, Appellate Division, First Department. December 30, 1909.) Action by De Ruyter M. Hollins against Arthur K. Bourne. J. B. Hand, for appellant. P. S. Russell, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HOOPER, Respondent, v. STACHELBERG et al., Appellants. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by John Hooper against Linda S. Stachelberg and others. F. Bien, for appellants. W. L. Bowman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements; the date of the examination to be fixed on the settlement of the order. Settle order on notice.

In re HOTZ et al. (Supreme Court, Appellate Division, First Department. December 10, 1909.) In the matter of William J. Hotz and another. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HOWARD, Respondent, v. CITY CLUB OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by James W. Howard against the City Club of New York. L. G. McAneny, for appellant. A. W. Palmer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HUNTER, Appellant, v. BACON, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Wilson R. Hunter against Alexander S. Bacon. L. Sturcke, for appellant. A. S. Bacon, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 127 App. Div. 572, 111 N. Y. Supp. 820.

HUTCHINS, Respondent, v. HUTCHINS, Appellant. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Katherine L. Hutchins against Walter T. Hutchins. J. A. Allen, for appellant. H. T. Kingsbury, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HYMES, Respondent, v. WHITRIDGE, Appellant. (Supreme Court, Appellate Division,